ORDERED.

Dated: October 13, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:  Case No. 6:15-bk-10305-KSJ
Catherine Rowley Zelner  Chapter 7

          Debtor.                              /

**AGREED ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR GSAA 2005-11 RELIEF FROM STAY (RE: 417 Adams Avenue, Cape Canaveral, FL 32920)**

Upon the Motion for Relief from Stay filed by **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR GSAA 2005-11 Document No. 77**, and the Consent of the Debtor and Trustee, it is

ORDERED:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to Movant's interest in the following property:

> LOT 7, BLOCK 10, AVON BY THE SEA, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 3, PAGE 7, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.

3. The order Granting Relief from Stay is entered for the sole purpose of allowing movant complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that movant shall not obtain *in personam* relief against the debtor.

4. Creditor is permitted to proceed with its state court remedies including sale of the property, however, the property shall remain property of the bankruptcy estate for 6 months from the date of this order or until the debtor's discharge order is entered, whichever occurs first.

Attorney Samantha Carr is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.